[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13264
Non-Argument Calendar
_____

D.C. Docket No. 1:07-cr-20214-CMA-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRYL JOHN JENNINGS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(April 30, 2019)

Before NEWSOM, BRANCH and BLACK, Circuit Judges.

PER CURIAM:

Alvin Entin, appointed counsel for Darryl Jennings in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jennings's supervised release revocation and sentence are **AFFIRMED**.